AO 442 (Rev. 11/11) Arrest Warrant

10479705

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM4:24
RECEIVED MAY 2 '23

| United States of America | ) |
| v. | ) Case: 1:23-mj-00095 |
| ROBERT PATRICK SMITH | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 5/2/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **ROBERT PATRICK SMITH**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) - UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE;
18 U.S.C. § 924(c)(1)(A)(i) - USING, CARRYING, AND POSSESSING A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING OFFENSE

Date: 05/02/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.05.02 15:34:58 -04'00'

*Issuing officer's signature*

City and state: WASHINGTON, DC

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 5-2-23, and the person was arrested on *(date)* 5-3-2023
at *(city and state)* DC DC.

Date: 5-3-2023

Marcelino Trejo
*Arresting officer's signature*

Trejo Marcelino DUSM
*Printed name and title*